**Exhibit A**

**(Proposed Order)**

#114344784 v4

| In re: | Chapter 11 |
|---|---|
| IN SHAPE HOLDINGS, LLC *et al.*,[1] | Case No. 20-13130 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** |

**ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST ASSUME
OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

Upon the *Debtors' Motion Pursuant to 11. U.S.C. § 365(d)(4) for Entry of an Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property*[2]; and the Court having reviewed the Motion; and the Court having found that (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b) and the *Amended Standing Order of Reference* of the United States District Court for the District of Delaware, dated February 29, 2012 and that this Court may enter a final order consistent with Article III of the United States Constitution; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interest of the Debtors, their estate, and their creditors; (d) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (e) on the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein;

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: In-Shape Holdings, LLC (8112); In-Shape Health Clubs, LLC (2059); In-Shape Personal Training, LLC (7962). The notice address for the Debtors is 6507 Pacific Avenue, #344, Stockton, California 95207.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Assumption and Assignment Notice.

#114344784 v4

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The time within which the Debtors must assume or reject the Unexpired Leases pursuant to section 365(d)(4) of the Bankruptcy Code hereby is extended an additional 90 days, through and including July 13, 2021.

3. Nothing contained herein shall be deemed to authorize the assumption or rejection of any of the Unexpired Leases.

4. The extension granted in this Order is without prejudice to the Debtors' right to seek further extension(s) of their time to assume or reject some or all of the Unexpired Leases.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

#114344784 v4